IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR434 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD RIGLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue the trial of this matter by the government (Filing No. 25). The court held a telephone conference with counsel on October 1, 2014. Counsel for the defendant had no objection to the motion. Upon consideration, the motion will be granted but only for a period of thirty days.

**IT IS ORDERED:**

1. The motion to continue trial (Filing No. 25) is granted for a period of thirty days.

2. Trial of this matter is re-scheduled for **November 10, 2014,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 1, 2014, and November 10, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 1st day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge